THE STATE OF OHIO, APPELLEE, *v.* ROBERSON, APPELLANT.

[Cite as *State v. Roberson,* 118 Ohio St.3d 193, 2008-Ohio-2215.]

(No. 2007–0567—Submitted May 6, 2008—Decided May 14, 2008.)

———————

———————

Timothy Young, State Public Defender, and Kenneth R. Spiert, Assistant State Public Defender, for appellant.

THE STATE OF OHIO, APPELLEE, *v.* VOGT, APPELLANT.

[Cite as *State v. Vogt,* 118 Ohio St.3d 193, 2008-Ohio-2205.]

(No. 2007–0670—Submitted May 6, 2008—Decided May 14, 2008.)

———————

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Simpkins,* 117 Ohio St.3d 420, 2008-Ohio-1197, 884 N.E.2d 568.

MOYER, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, and CUPP, JJ., concur.

LANZINGER, J., dissents.